IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARLA K. BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 05-4214-GPM |
| | ) |
| **ROGER WALKER, JR., Individually and as** | ) |
| **Director of the Illinois Department of** | ) |
| **Corrections,** | ) |
| | ) |
| **Defendant.** | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to Memorandum and Order dated August 11, 2006, Plaintiff's claims are **DISMISSED on the merits**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall bear their own costs.

**DATED**: 08/11/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
     Deputy Clerk

APPROVED: s/ G. Patrick Murphy
            G. PATRICK MURPHY
            CHIEF U.S. DISTRICT JUDGE